PER CURIAM:

Appeal from the decision of the Tax Court which is reported at 52 T.C. 478. We are of the Opinion that the decision should be affirmed for the reasons stated in the opinion of the Tax Court. See also Minot Fed. Sav. & Loan Assn. v. United States, 8 Cir., 1970, 435 F.2d 1368.

Affirmed.

and sentenced to imprisonment for a term of three years on each count, the sentences to run concurrently, but eligibility for parole to be determined in accordance with 18 U.S.C. § 4208(a) (2).

We have examined the record and have considered the briefs and oral arguments. Perceiving no error, we conclude that the judgments below must be sustained.

Affirmed.

---

**UNITED STATES of America, Appellee,**

v.

**Alvin Lee HOLLOWAY, Appellant.**

**No. 71–1380.**

United States Court of Appeals, Fourth Circuit.

Argued Oct. 8, 1971.

Decided Nov. 3, 1971.

Jonathan S. Gibson, III, Newport News, Va. (Court-appointed counsel), for appellant.

William T. Mason, Jr., Asst. U. S. Atty. (Brian P. Gettings, U. S. Atty., on the brief) for appellee.

Before BOREMAN, Senior Circuit Judge, WINTER, Circuit Judge, and DUPREE, District Judge.

PER CURIAM:

Alvin Lee Holloway was indicted with others, charged in three separate counts with violations of the Federal Gun Control Act, 26 U.S.C. § 5822 (26 U.S.C. § 5861(c)); Chapter 53, 26 U.S.C. § 5861 (d); and 26 U.S.C. § 5842 (26 U.S.C. § 5861(i)). He was convicted by a jury

---

**UNITED STATES of America, Appellee,**

v.

**Ramon Benavides PACHECO, Appellant.**

**No. 71–1435.**

United States Court of Appeals, Fourth Circuit.

Argued Oct. 8, 1971.

Decided Nov. 3, 1971.

W. Leigh Ansell, Virginia Beach, Va. (Court-appointed counsel) [Ansell, Butler & Canada, Virginia Beach, Va., on the brief], for appellant.

James A. Oast, Jr., Asst. U. S. Atty. (Brian P. Gettings, U. S. Atty., on the brief), for appellee.

Before BOREMAN, Senior Circuit Judge, WINTER, Circuit Judge, and DUPREE, District Judge.

PER CURIAM:

Ramon Benavides Pacheco was charged with two co-defendants in a two-count indictment, the first count for knowingly importing 1939 grams of cocaine hydrochloride into the United States in violation of 21 U.S.C. § 174 and 18 U.S.C. § 2; and the second charging them with